| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* EP:22-CR-01252-LS(2) |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00189-CDS-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Scott Anthony Stuart | WD/TX | EL PASO |
| | NAME OF SENTENCING JUDGE | |
| | Frank Montalvo, Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/11/2024 — TO 06/10/2027 |

**FILED** 06/26/2025 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA

**OFFENSE**
Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1343.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Stuart is being supervised in the District of Nevada and has no plans to return to the Western District of Texas, El Paso Division.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Texas_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of Nevada_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 4, 2025
*Date*                                                                                       *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 27, 2025
*Effective Date*                                                                Cristina D. Silva, *United States District Judge*